UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                            Hon. Paul L. Maloney

v.                                                                 Case No. 1:15-cr-00036-PLM-1

CARLOS ALBERTO CALDERON-
BRITO,

        Defendant.
_____/


## **ORDER**


      Defendant appeared before me on March 3, 2015, with appointed counsel for a

detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of

his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.

I find that his waiver was knowingly and voluntarily entered.  I also note that Immigration and

Customs Enforcement (ICE) has lodged a detainer against defendant.

      Accordingly, IT IS ORDERED that defendant is committed to the custody of the

Attorney General pending trial.

      DONE AND ORDERED this 4th day of March, 2015.


                      /s/ Phillip J. Green
                    PHILLIP J. GREEN
                    United States Magistrate Judge